IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| T.W., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

This case comes before the Court on Plaintiff's motion for protective order and leave to proceed via initials throughout the case. Dkt. No. [3]. The Court finds that Plaintiff's privacy and safety interests outweigh the public's interest in knowing Plaintiff's identity. Accordingly, the motion is **GRANTED**. The Court hereby Orders that all material, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiff as T.W. with no other identifying information.

The motion was filed before Defendant was served in this case, and the docket does not contain a certificate of service of the motion upon it, so the Court does not know whether Defendant opposes this relief. If Defendant opposes this relief, it can file a motion objecting to this Order and provide the reasons for the

objection. The Court will then reevaluate its decision based on Defendant's position.

The Clerk is **DIRECTED** to submit this Order to the undersigned for further consideration at the close of discovery, when the Court may address this issue with the benefit of a full record.

**IT IS SO ORDERED** this 31st day of March, 2025.

_____
**Leigh Martin May**
**United States District Judge**