IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE

COMES NOW Plaintiff in the above-styled case, and files the Proof of Service served upon SAS Hotels, LLC attached hereto and incorporated herein. The Clerk's docket should reflect that the above-referenced Defendant was served with the following:

- Complaint;

- Summons;

- Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement; and

- Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously and Brief in Support Thereof

by Process Server Donnie C. Briley on April 3, 2025.

1

This 11th day of April, 2025.

              Respectfully submitted,

              **LAW & MORAN**

              <u>/s/ Denise D. Hoying</u>
              Peter A. Law
              Georgia Bar No. 439655
              pete@lawmoran.com
              E. Michael Moran
              Georgia Bar No. 521602
              mike@lawmoran.com
              Denise D. Hoying
              Georgia Bar No. 236494
              denise@lawmoran.com
              Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Plaintiff's Notice of Filing Proof of Service*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, ) | |
| ) | |
|    Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Plaintiff's Notice of Filing Proof of Service* by US Mail to the following registered agent of record:

Mohammed Awal
39 Stonebridge Pass
Newnan, Georgia 30265

This 11th day of April, 2025.

**LAW & MORAN**

/s/ Denise D. Hoying
Denise D. Hoying
Georgia Bar No. 236494

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700