IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W.,<br><br>      Plaintiff,<br><br>   v.<br><br>SAS HOTELS, LLC,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-01636-LMM |

**<u>STIPULATION OF EXTENSION FOR ANSWER AND RESPONSES</u>**

COME NOW T.W., Plaintiff in the above-styled action, and SAS HOTELS, LLC, Defendant in the above-styled action, and hereby stipulate that the time in which SAS Hotels, LLC may answer or otherwise respond to Plaintiff's Complaint, Motion for Protective Order and to Leave to Proceed Anonymously, and all other outstanding motions and filing deadlines shall be extended up to and including May 8, 2025.

The Parties further stipulate that Plaintiff's service of process of her Complaint and Summons to Defendant, perfected on April 3, 2025, is proper and Defendant will not raise lack of service as a defense.

*SIGNATURES ON FOLLOWING PAGE*

Respectfully submitted this 23rd day of April, 2025.

LAW & MORAN

*/s/ \*Denise D. Hoying*_____
PETER A. LAW
Georgia Bar No. 439655
pete@lawmoran.com
E. MICHAEL MORAN
Georgia Bar No. 521602
mike@lawmoran.com
DENISE D. HOYING
Georgia Bar No. 236494
denise@lawmoran.com
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
*Attorneys for Plaintiff*
*\*Signed by Kathryn S. Whitlock with Express Permission*


MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*_____
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant*

In accord with Fed. R. Civ. P. 11, the Parties state that this signature block is attached to *Stipulation of Extension for Answer and Responses*, Civil Action File No. 1:25-CV-01636-LMM, United States District Court for the Northern District of Georgia, Atlanta Division.

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 23rd day of April, 2025.

                MCANGUS GOUDELOCK & COURIE, LLC

                */s/ Kathryn S. Whitlock*
                KATHRYN S. WHITLOCK
                Georgia Bar No. 756233
                kate.whitlock@mgclaw.com
                THOMAS D. WHIDDON
                Georgia Bar No. 330536
                thomas.whiddon@mgclaw.com
                Post Office Box 57365
                270 Peachtree Street, NW, Suite 1800 (30303)
                Atlanta, Georgia 30343
                (678) 500-7307
                *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certificate that a copy of the foregoing *Stipulation of Extension for Answer and Responses* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 23rd day of April, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant*