IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W.,<br><br>    Plaintiff,<br><br>  v.<br><br>SAS HOTELS, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-01636-LMM |

**<u>DEFENDANT SAS HOTELS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 3.3, Defendant SAS Hotels, LLC makes the following disclosures:

1. The undersigned counsel of record for the Defendant SAS certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, and that it has no parent corporation and no publicly held corporation owning 10% or more of its stock;

    a. Plaintiff (T.W.); and

    b. Defendant SAS Hotels, LLC.

2. The undersigned further certifies that the following is a full and complete list of other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

The Travelers Indemnity Company of America

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For Plaintiff:</u>
Peter A. Law
E. Michael Moran
Denise D. Hoying
Law & Moran

Patrick J. McDonough
Jonathan S. Tongue
Anderson, Tate & Carr, P.C.

<u>For Defendant SAS Hotels, LLC:</u>
Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC

4. Federal jurisdiction in this case is not based on diversity of citizenship.

Respectfully submitted this 8th day of May, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        /S/ Kathryn S. Whitlock

        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to *Defendant SAS Hotels, LLC's Certificate of Interested Persons and Corporate Disclosure Statement* in Case No. 1:25-CV-01636-LMM, United States District Court for the Northern District of Georgia, Atlanta Division.

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 8th day of May, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        /S/ Kathryn S. Whitlock

        _____
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Certificate of Interested Persons and Corporate Disclosure Statement*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 8th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

/S/ Kathryn S. Whitlock

---

KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant*