IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., <br><br> Plaintiff, <br><br> v. <br><br> SAS HOTELS, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:25-CV-01636-LMM |

# DEFENDANT SAS HOTELS, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY[1]

Defendant SAS Hotels, LLC does *not* object to Plaintiff proceeding under a pseudonym in this case. It agrees tahat "all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiff as T.W., with no other additional identifying information." (Dkt. #6 at 1).

Defendant does, however, object to a discovery procedure which would limit Defendant's ability to conduct full discovery. It is essential for the proper functioning of the judicial system that a lawyer work "free from unnecessary

---

[1] Plaintiff filed her *Motion for Protective Order and Leave to Proceed Anonymously* on March 27, 2025, before Defendant was served. (Dkt. #3, #3-1). The Court granted Plaintiff's Motion, with the condition that Defendant could oppose it thereafter. (Dkt. #6 at 1-2). This Brief in Opposition is therefore proper for consideration by this Court.

intrusion by opposing parties and their counsel." *Hickman v. Taylor*, 329 U.S. 495, 510-511 (1947). This includes the need for a lawyer to "prepare his legal theories and plan his strategy without undue and needless interference." *Hickman*, 329 U.S. at 510-511. So long as Plaintiff's proposal does not impede this "historical and the necessary way in which lawyers act within the framework of our system of jurisprudence to promote justice and to protect their clients' interests", Defendant does not object to it. *Hickman*, 329 U.S. at 510-511. But a court should not enter a protective order without good cause and without ensuring that it will that not prejudicing the opposing party's ability to litigate the case. Rule 26(c); *In re Terra Intern., Inc.*, 134 F.3d 302, 306 (5th Cir. 1998); *Doe (M.H.) v. G6 Hosp. LLC,* No. 4:22-CV-198-SDJ, 2022 WL 2532489, at *2 (E.D. Tex. July 7, 2022).

    Plaintiff has not set out the particulars of the protective order she seeks or the specifics of any other discovery limitations she seeks in the case. Consequently, Defendant is not in a position to consent to those issues at this time. Defendant agrees to work with Plaintiff to try to develop a mutually acceptable protective order.

Respectfully submitted this 8th day of May, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        /S/ Kathryn S. Whitlock

        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant*

*In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously in Case No. 1:25-CV-01636-LMM, United States District Court for the Northern District of Georgia, Atlanta Division*

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 8th day of May, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        /S/ Kathryn S. Whitlock

        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorney*s *for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Brief in Opposition to Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 8th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

/S/ Kathryn S. Whitlock

KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorney*s *for Defendant*