IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., <br><br> Plaintiff, <br><br> v. <br><br> SAS HOTELS, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:25-CV-01636-LMM |

## CERTIFICATE OF SERVICE OF DISCOVERY

In compliance with the Local Rule 26.3, this is to certify that on May 8, 2025, I served true and correct copies of the following:

1. ***DEFENDANT SAS HOTELS, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF***

2. ***DEFENDANT SAS HOTEL, LLC's FIRST INTERROGATORIES TO PLAINTIFF***

upon all parties to this matter by electronic service addressed as follows:

This the 8th day of May, 2025.

1

MCANGUS GOUDELOCK & COURIE, LLC

*/S/Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

*In accord with Federal Rule of Civil Procedure 11, Defendant states that this signature block is attached to Defendant SAS Hotel, LLC's Local Rule 26.3 Certificate of Service Discovery, and Case No. 1:25-CV-01636-LMM, United States District Court for the Northern District of Georgia, Atlanta Division.*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies, as required by Rule 7.1, that the foregoing pleading was prepared using 14-point Times New Roman font in compliance with Local Rule 5.1.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Certificate of Service Discovery*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 8th day of May, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

/S/ Kathryn S. Whitlock

KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant*