IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., | ) |
|     Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION FILE ) NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, | ) ) ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that on June 9, 2025, Plaintiff served the following documents upon opposing counsel of record via electronic mail addressed to the parties on the attached Certificate of Service:

1. *Plaintiff's First Requests for Admissions to Defendant;*

2. *Plaintiff's First Continuing Interrogatories to Defendant; and*

3. *Plaintiff's First Request for Production of Documents and Notice to Produce to Defendant.*

This 9th day of June, 2025.

                              Respectfully submitted,

                              **LAW & MORAN**

                              */s/ Denise D. Hoying*
                              Peter A. Law
                              Georgia Bar No. 439655
                              E. Michael Moran
                              Georgia Bar No. 521602
                              Denise D. Hoying
                              Georgia Bar No. 236494
                              *Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

                              **ANDERSEN, TATE & CARR, P.C.**

                              */s/ Patrick J. McDonough*
                              Patrick J. McDonough
                              Georgia Bar No. 489855
                              Jonathan S. Tonge
                              Georgia Bar No. 303999
                              *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing *Certificate of Service of Discovery* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1.  Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                Respectfully submitted,

                **LAW & MORAN**

                */s/ Denise D. Hoying*
                Denise D. Hoying
                Georgia Bar No. 236494
                *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing *Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

This 9th day of June, 2025.

LAW & MORAN

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
*Attorney for Plaintiff*

4

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com