IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., | : |
|     Plaintiff, | : CIVIL ACTION NO. |
| v. | : 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, | : |
|     Defendant. | : |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The parties shall have 6 months for discovery. The discovery period ends November 8, 2025.

**IT IS SO ORDERED** this 10th day of June, 2025.

_____
**Leigh Martin May**
**United States District Judge**