

**Reply To**
Kathryn S. Whitlock
Direct Dial: (678) 500-7307
kate.whitlock@mgclaw.com

June 12, 2025

**Electronic Filing via CM/ECF and**
**Via Email to: Brittany_Poley@gand.uscourts.gov**
Ms. Brittany Poley
Courtroom Deputy Clerk
2167 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

   RE:  T. W., v. Travel Lodge Old National, LLC, HIMA Enterprises, Inc., and
       SAS Hotels, LLC
       U.S.D.C for Northern District of Georgia, Atlanta Division
       Civil Case No.:   1:25-cv-01636-LMM

Dear Ms. Poley:

   I represent Defendant SAS Hotel, LLC in the above referenced matter. In accordance with Local Rule 83.1(E)(5), I am respectfully requesting that this case not be calendared during the following dates which represent the times I will be away from the practice of law for the reasons indicated:

    **August 13th – 28th, 2025**   **Organization Meetings/CLE Training**

   The leave of absence is 21 days or less.  This case is not currently on a published calendar for court appearance, nor is it noticed for a hearing during the requested time periods.

   Your consideration in this regard would be very much appreciated

       Respectfully,

       Kathryn S. Whitlock

KSW/_mgj
cc:  All Counsel of Record (via CM/ECF)

**McANGUS GOUDELOCK & COURIE LLC**  270 Peachtree Street, NW, Suite 1800  678.500.7300 Phone
Post Office Box 57365 (30343)  678.669.3546 Fax
Atlanta, GA 30303  www.mgclaw.com