IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W.,<br><br>    Plaintiff,<br><br>v.<br><br>SAS HOTELS, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-01636-LMM |

## **DEFENDANT SAS HOTELS, LLC'S MOTION TO STRIKE**

**COMES NOW Defendant SAS Hotels, LLC** and moves to strike portions of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(f)(2).

Certain statements in Plaintiff's Complaint are redundant, immaterial, impertinent, or scandalous matter. (*See*, Dkt. #1, ¶¶10, 12, 17, 18, 24, 25, 26, 27, 33). Therefore, they can and should be stricken by the Court. They serve no purpose other than to inflame, provoke anger, and incite an adverse emotional response in the reader. For these reasons, the allegations in paragraphs 10, 12, 17, 18, 24, 25, 26, 27, and 33 of Plaintiff's Complaint should not be in the pleadings and should be stricken.

*SIGNATURE ON FOLLOWING PAGE.*

Respectfully submitted this 7th day of July 2025.

                MCANGUS GOUDELOCK & COURIE, LLC

                */s/ Kathryn S. Whitlock*
                KATHRYN S. WHITLOCK
                Georgia Bar No. 756233
                kate.whitlock@mgclaw.com
                THOMAS D. WHIDDON
                Georgia Bar No. 330536
                thomas.whiddon@mgclaw.com
                Post Office Box 57365
                270 Peachtree Street, NW, Suite 1800 (30303)
                Atlanta, Georgia 30343
                (678) 500-7307
                *Attorney*s *for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant states that this signature block is attached to *Defendant SAS Hotels, LLC's Motion to Strike,* Civil Action File No. 1:25-CV-01636-LMM, United States District Court for the Northern District of Georgia, Atlanta Division.

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 7th day of July, 2025.

        MCANGUS GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS D. WHIDDON
        Georgia Bar No. 330536
        thomas.whiddon@mgclaw.com
        Post Office Box 57365
        270 Peachtree Street, NW, Suite 1800 (30303)
        Atlanta, Georgia 30343
        (678) 500-7307
        *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Motion to Strike*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 7th day of July, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*