IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.W.,

        Plaintiff,

    v.

SAS HOTELS, LLC,

        Defendant.

CIVIL ACTION FILE NO.
1:25-CV-01636-LMM

## DEFENDANT SAS HOTELS, LLC'S BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION TO STRIKE OUT OF TIME

**COMES NOW Defendant SAS Hotels, LLC** and submits this Brief in Support of its Motion for Leave to file a Motion to Strike Out of Time, showing the Court as follows:

Under Fed. R. Civ. P. 12(f)(2), Motions to Strike must be filed before the due date for a response to the pleading sought to be stricken. In this case, with respect to the Complaint, that would have been May 8, 2025. On the other hand, under Local Rule 7.1(A)(2), all Motions must be filed within 30 days of the beginning of discovery. Dkt. 14 at 6, ¶7. That date would be today, July 7, 2025.

Under Fed. R. Civ. P. 6(b)(1)(B), if a deadline to file a motion has passed, the Court may extend the deadline for good cause following a motion where the tardiness was a result of "excusable neglect". In considering a request for an

extension, a court should consider all pertinent circumstances, including "the danger of prejudice to the nonmovant, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Payne v. C.R. Bard, Inc.*, 606 F. App'x 940, 944 (11th Cir. 2015); *Sims v. Experian Info. Solutions*, 2020 U.S. Dist. LEXIS 189678 (N.D. Ga. Aug. 11, 2020).

In this case, it is unclear if the deadline to file a Motion to Strike was May 8 or is today. If the Court finds that the deadline was May 8, SAS prays that the Court extend the time through and including today, July 7, 2025. SAS shows that there has been no substantive work in the case that would have been different if the Motion to Strike had been filed earlier. The parties filed a Joint Preliminary Report and Discovery Plan on June 10, after which the Court entered a Scheduling Order. The parties each served Initial Disclosures on June 16, 2025. Each party has served a first round of written discovery on the other. None of that would change if a Motion to Strike were filed.

On the other hand, justice would be better served if the Court at least considered the Motion to Strike. It is based on the Federal Rules and limitations imposed on pleadings in those rules.

Because Plaintiff would not be prejudiced at this early juncture by the filing of the Motion, but Defendant would be prejudiced if improper allegations remained in the case, SAS submits that leave to grant the Motion to Strike out of time should be granted. Therefore, to the extent the Court deems it necessary, Defendant SAS respectfully asks that it be permitted to file its Motion to Strike and Brief in Support thereof pursuant to Fed. R. Civ. P. 12(f)(2).

Respectfully submitted this 7th day of July, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 7th day of July, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing ***Defendant SAS Hotels, LLC's Brief in Support of Motion for Leave to File Motion to Strike Out of Time*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 7th day of July, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*