IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, | ) |
| | ) |
|    Defendant. | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that on July 9, 2025, Plaintiff served the following documents upon opposing counsel of record via electronic mail addressed to the parties on the attached Certificate of Service:

1. *Plaintiff's Responses to Defendant's Interrogatories;*

2. *Plaintiff's Responses to Defendant's Requests for Production of Documents.*

This 9th day of July, 2025.

***[signatures on following page].***

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

2

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing ***Certificate of Service of Discovery*** has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

                                      Respectfully submitted,

                                      **LAW & MORAN**

                                      */s/ Denise D. Hoying*
                                      Denise D. Hoying
                                      Georgia Bar No. 236494
                                      *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing *Certificate of Service of Discovery* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

This 9th day of July, 2025.

                **LAW & MORAN**

                */s/ Denise D. Hoying*
                Denise D. Hoying
                Georgia Bar No. 236494
                *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com