

**Reply To**
KATHRYN S. WHITLOCK
Direct Dial: (678) 500-7307
kate.whitlock@mgclaw.com

August 15, 2025

## Electronic Filing via CM/ECF and
## Via Email to: Brittany_Poley@gand.uscourts.gov

Ms. Brittany Poley
Courtroom Deputy Clerk
2167 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      RE:    T. W., v. Travel Lodge Old National, LLC, HIMA Enterprises, Inc., and SAS Hotels, LLC
              U.S.D.C for Northern District of Georgia, Atlanta Division
              Civil Case No.:    1:25-cv-01636-LMM

Dear Ms. Poley:

    I represent Defendant SAS Hotel, LLC in the above referenced matter. In accordance with Local Rule 83.1(E)(5), I am respectfully requesting that this case not be calendared during the following dates which represent the times I will be away from the practice of law for the reasons indicated:

    September 25, 2025-September 26, 2025
    November 25, 2025-November 28, 2025
    December 3, 2025-December 5, 2025

    The leave of absence is 21 days or less.  This case is not currently on a published calendar for court appearance, nor is it noticed for a hearing during the requested time periods.

    Your consideration in this regard would be very much appreciated

                                  Respectfully,

                                  Kathryn S. Whitlock

KSW/_mgj
cc:    All Counsel of Record (via CM/ECF)

**McANGUS GOUDELOCK & COURIE LLC**

270 PEACHTREE STREET, NW, SUITE 1800
POST OFFICE BOX 57365 (30343)
ATLANTA, GA 30303

678.500.7300 PHONE
678.669.3546 FAX
WWW.MGCLAW.COM