IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., <br><br> Plaintiff, <br><br> v. <br><br> SAS HOTELS, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:25-CV-01636-LMM |

## NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY RIVERWOODS BEHAVIORAL HEALTH, LLC

**PLEASE TAKE NOTICE** that Defendant SAS Hotels, LLC, pursuant to Fed. R. Civ. P. 45, intends to serve the attached subpoena to produce documents on non-party Riverwoods Behavioral Health, LLC.

Respectfully submitted,

This 27th day of August, 2025.

                                  MCANGUS GOUDELOCK & COURIE, LLC

                                  */s/ Kathryn S. Whitlock*
                                  KATHRYN S. WHITLOCK
                                  Georgia Bar No. 756233
                                  kate.whitlock@mgclaw.com
                                  THOMAS D. WHIDDON
                                  Georgia Bar No. 330536
                                  thomas.whiddon@mgclaw.com
                                  Post Office Box 57365
                                  270 Peachtree Street, NW, Suite 1800 (30303)
                                  Atlanta, Georgia 30343
                                  (678) 500-7307
                                  *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge, the foregoing pleading has been prepared with one of the font and points selections approved by the court in LR 5.1B, pursuant to LR 7. Specially, the above-mentioned pleading has been prepared using Times New Roman font, 14 point.

This 27th day of August, 2025.

                               MCANGUS GOUDELOCK & COURIE, LLC

                               */s/ Kathryn S. Whitlock*
                               KATHRYN S. WHITLOCK
                               Georgia Bar No. 756233
                               kate.whitlock@mgclaw.com
                               THOMAS D. WHIDDON
                               Georgia Bar No. 330536
                               thomas.whiddon@mgclaw.com
                               Post Office Box 57365
                               270 Peachtree Street, NW, Suite 1800 (30303)
                               Atlanta, Georgia 30343
                               (678) 500-7307
                               *Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ***NOTICE OF INTENT TO SERVE SUBPOENA TO NON-PARTY RIVERWOODS BEHAVIORAL HEALTH, LLC*** was served upon all counsel of record by electronic delivery.

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 27th day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAS HOTELS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-01636-LMM |

## SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY RIVERWOODS BEHAVIORAL HEALTH, LLC

**TO:**  RIVERWOODS BEHAVIORAL HEALTH, LLC
**c/o C T Corporation System**
289 S. Culver Street
Lawrenceville, GA 30046-4805

**COMES NOW** Defendant SAS HOTELS, LLC in the above-styled civil action, and files this, their Subpoena for Production of Evidence to Non-Party in a civil action pursuant to Fed. R.Civ. P. 45(a)(1)(C).

YOU ARE HEREBY requested to comply with said Code section by producing and permitting Defendant **SAS HOTELS, LLC's** attorney to inspect and copy the documents designated below, which are in your possession, custody and control. You should serve a written response within thirty (30) days after the service of this request, by mailing copies of said documents to the undersigned at

McAngus Goudelock & Courie, LLC, Post Office Box 57365, Atlanta, Georgia 30343, if no objection is filed within ten (10) days of this request.

The requested documents are as follows:  SEE ATTACHMENT

This the 27th day of August, 2025.

>
> Respectfully submitted,
>
> MCANGUS GOUDELOCK & COURIE, LLC
>
> */s/ Kathryn S. Whitlock*
> KATHRYN S. WHITLOCK
> Georgia Bar No. 756233
> kate.whitlock@mgclaw.com
> THOMAS D. WHIDDON
> Georgia Bar No. 330536
> thomas.whiddon@mgclaw.com
> Post Office Box 57365
> 270 Peachtree Street, NW, Suite 1800 (30303)
> Atlanta, Georgia 30343
> (678) 500-7307
> *Attorneys for Defendant SAS Hotels, LLC*

## CERTIFICATION OF RECORDS

In accord with F.R.C.P. 902 (11) and (12) and F.R.C.P. 803(6), the undersigned certifies that he/she is the custodian of records and is the person responsible for the keeping of records for **RIVERWOODS BEHAVIORAL HEALTH, LLC.** The attached records are true and accurate reproductions and copies of the records of **RIVERWOODS BEHAVIORAL HEALTH, LLC.** The records were made at or near the time of the described acts, events, conditions, opinions or diagnoses, made by or from information transmitted by, a person with knowledge of such matters and a business duty to report. The records were kept in the course of the regularly conducted activity of as a regular practice of **RIVERWOODS BEHAVIORAL HEALTH, LLC.** It was the regular practice of **RIVERWOODS BEHAVIORAL HEALTH, LLC.** to make the memorandum, report, record, or data compilation.

This certificate is given in lieu of the personal appearance of the person certifying hereto, and in connection with the case or proceedings entitled *In re: T.W. v. SAS Hotels, LLC,* **Federal Court Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:25-CV-01636-LMM.**

The undersigned further certifies that said records with this attached Certificate were delivered to the attorney of record for Defendant, who is the counsel who sought production.

By: **RIVERWOODS BEHAVIORAL HEALTH, LLC.**

Title: _____

Sworn to and subscribed before
me this   day of _____, 2025


NOTARY PUBLIC

My commission expires: \_\_\_\_\_

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Subpoena for Production of Evidence to Non-Party Riverwoods Behavioral Health, LLC* was served upon all counsel of record by electronic delivery:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 27th day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorney*s *for Defendant SAS Hotels, LLC*

# ATTACHMENT
# (Riverwoods Behavioral Health, LLC)

1.     **Certified copies** of any and all health information, including but not limited to, initial patient questionnaires, any and all treatment notes, operative reports, diagnostic reports, physical therapy records, physicians orders, nurses' notes, occupational therapy notes, pharmaceutical records, billing records, clinical tests/reports, consultation reports, correspondence, dictation reports, discharge summaries, emergency room records and information, history and physical examination, intake-output log, lab reports, medical opinions, medication administration sheets, operative supporting information, patient care plan, progress notes, referral sheets, rhythm strips, special tests/therapy, all test requests and reports, transfer/referral forms, videotapes and photographs, x-rays, MRI films and other radiology films or reports, and all other health, medical and billing information and records, whether in written or electronic form for the referred patient ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for ALL TREATMENT DATES by Riverwoods Behavioral Health, LLC.

2.     **Certified copies** of any and all other records and/or accounting/billing documents in your possession related to your professional care and treatment of the

referred patient, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for ALL TREATMENT DATES by Riverwoods Behavioral Health, LLC.