IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W.,<br><br>           Plaintiff,<br><br>      v.<br><br>SAS HOTELS, LLC,<br><br>           Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-01636-LMM |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

In compliance with the Local Rule 26.3, this is to certify that on August 27, 2025, I served true and correct copies of the following:

1. ***DEFENDANT SAS HOTELS, LLC'S NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY ATLANTA BEHAVIORAL CARE, P.C.***

2. ***DEFENDANT SAS HOTEL, LLC's NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY EMORY HEALTHCARE, INC.***

3. ***DEFENDANT SAS HOTEL, LLC's NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY GEORGIA BAPTIST CHILDREN'S HOMES AND***

1

*FAMILY MINISTRIES, INC.*

4. *DEFENDANT SAS HOTEL, LLC's NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY MED GLOBE, P.C.*

5. *DEFENDANT SAS HOTEL, LLC's NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY PIEDMONT NEWTON HOSPITAL, INC.*

6. *DEFENDANT SAS HOTEL, LLC's NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY RIVERWOODS BEHAVIORAL HEALTH, LLC*

7. *DEFENDANT SAS HOTEL, LLC's NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY TANNER MEDICAL CENTER, INC.*

upon all parties to this matter by electronic service addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 27th day of August, 2025.

          MCANGUS GOUDELOCK & COURIE, LLC

          */S/Kathryn S. Whitlock*
          KATHRYN S. WHITLOCK
          Georgia Bar No. 756233
          kate.whitlock@mgclaw.com
          THOMAS D. WHIDDON
          Georgia Bar No. 330536
          thomas.whiddon@mgclaw.com
          Post Office Box 57365
          270 Peachtree Street, NW, Suite 1800 (30303)
          Atlanta, Georgia 30343
          (678) 500-7307
          *Attorneys for Defendant SAS Hotels, LLC*

*In accord with Federal Rule of Civil Procedure 11, Defendant states that this signature block is attached to Defendant SAS Hotel, LLC's Local Rule 26.3 Certificate of Service Discovery, and Case No. 1:25-CV-01636-LMM, United States District Court for the Northern District of Georgia, Atlanta Division.*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies, as required by Rule 7.1, that the foregoing pleading was prepared using 14-point Times New Roman font in compliance with Local Rule 5.1.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendant SAS Hotels, LLC's Certificate of Service Discovery* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 27th day of August, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

/S/ Kathryn S. Whitlock

KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorney*s *for Defendant*