IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., <br><br> Plaintiff, <br><br> v. <br><br> SAS HOTELS, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1:25-CV-01636-LMM |

**JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**

COME NOW Plaintiff T.W. and Defendant SAS Hotels, LLC and, pursuant to Fed. R. Civ. P. 6(b)(1)(A), L.R. 26.2(B), NDGA, and Paragraphs III.a. and III.h.i. of the Court's Standing Order (Dkt. No. [5] at 8-9, 24), hereby jointly move this Court to extend the discovery period currently set to end on November 8, 2025 as set forth in the Court's Order dated June 10, 2025 (Dkt. No. [15] at 1), showing as follows:

The Parties have worked diligently to complete discovery within the time frame set out in the Court's Order. However, they have been unable to do so. The Parties are working to schedule fact depositions in this matter at this time.

Accordingly, the Parties jointly move this Court to extend the deadline for the Parties to complete discovery until February 20, 2026.

This is the Parties' first request for an extension of the discovery period in this action. A proposed Order granting this Motion is filed contemporaneously with this Motion for the Court's consideration, pursuant to Paragraphs III.a. and III.q. of the Court's Standing Order (Dkt. No. [5] at 8-9, 24). Dkt. No. [30-1].

Respectfully submitted this 6th day of November, 2025.

| LAW & MORAN | MCANGUS GOUDELOCK & COURIE, LLC |
|---|---|
| */s/ Denise D. Hoying* * | */s/ Kathryn S. Whitlock* |
| Peter A. Law | Kathryn S. Whitlock (GA Bar No. 756233) |
| Georgia Bar No. 439655 | kate.whitlock@mgclaw.com |
| E. Michael Moran | Thomas D. Whiddon (GA Bar No. 330536) |
| Georgia Bar No. 521602 | thomas.whiddon@mgclaw.com |
| Denise D. Hoying | Post Office Box 57365 |
| Georgia Bar No. 236494 | Atlanta, Georgia 30343 |
| 563 Spring Street, NW | 270 Peachtree Street, NW, Suite 1800 (30303) |
| Atlanta, Georgia 30308 | (678) 500-7307 |
| Phone: (404) 814-3700 | *Attorneys for Defendant SAS Hotels, LLC* |
| Fax: (404) 842-7710 | |
| Pete@lawmoran.com | |
| Mike@lawmoran.com | |
| Denise@lawmoran.com | |
| *Attorneys for Plaintiff* | |
| *Signed with Express Permission by KSW | |

2

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for the Parties hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 6th day of November, 2025.

                            MCANGUS GOUDELOCK & COURIE, LLC

                            */s/ Kathryn S. Whitlock*
                            KATHRYN S. WHITLOCK
                            Georgia Bar No. 756233
                            kate.whitlock@mgclaw.com
                            THOMAS D. WHIDDON
                            Georgia Bar No. 330536
                            thomas.whiddon@mgclaw.com
                            Post Office Box 57365
                            270 Peachtree Street, NW, Suite 1800 (30303)
                            Atlanta, Georgia 30343
                            (678) 500-7307
                            *Attorneys for Defendant SAS Hotels, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Joint Motion for Extension of Discovery Period* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
|---|---|
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 6th day of November, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorney*s *for Defendant SAS Hotels, LLC*