IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:25-CV-01636-LMM |
| SAS HOTELS, LLC, | |
| Defendant. | |

## [PROPOSED] ORDER

This matter is before the Court on the Parties' Joint Motion for Extension of Discovery Period. Dkt. No. [30]. Upon review and consideration, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Paragraphs III.a. and III.h.i. of the Court's Standing Order (Dkt. [5] at 8-9, 24), the Parties' Joint Motion for Extension is **GRANTED**.

The following deadline is hereby entered and extended to govern in this action:

- The Parties shall have until February 20, 2026 to complete discovery.


**IT IS SO ORDERED** this _____ day of _____, 2025.


_____
**Leigh Martin May**
**Chief United States District Judge**

Prepared by:
MCANGUS GOUDELOCK & COURIE, LLC
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*