IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W.,<br><br>  Plaintiff,<br><br>v.<br><br>SAS HOTELS, LLC,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-01636-LMM |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Extension of Discovery Period. Dkt. No. [30]. Upon review and consideration, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Paragraphs III.a. and III.h.i. of the Court's Standing Order (Dkt. [5] at 8-9, 24), the Parties' Joint Motion for Extension is **GRANTED**.

The following deadline is hereby entered and extended to govern in this action:

- The Parties shall have until February 20, 2026 to complete discovery.

**IT IS SO ORDERED** this  6th  day of  November , 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**