IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:25-CV-01636-LMM |
| SAS HOTELS, LLC, | |
| Defendant. | |

## NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY TANNER MEDICAL CENTER, INC.

**PLEASE TAKE NOTICE** that Defendant SAS Hotels, LLC, pursuant to Fed. R. Civ. P. 45, intends to serve the attached subpoena to produce documents on non-party Tanner Medical Center, Inc.

Respectfully submitted,

This 17th day of December, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge, the foregoing pleading has been prepared with one of the font and points selections approved by the court in LR 5.1B, pursuant to LR 7. Specially, the above-mentioned pleading has been prepared using Times New Roman font, 14 point.

This 17th day of December, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *NOTICE OF INTENT TO SERVE SUBPOENA TO NON-PARTY TANNER MEDICAL CENTER, INC.* was served upon all counsel of record by electronic delivery.

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | One Sugarloaf Centre |
| denise@lawmoran.com | 1960 Satellite Boulevard, Suite 4000 |
| 563 Spring Street, NW | Duluth, Georgia 30097 |
| Atlanta, Georgia 30308 | |

This the 17th day of December, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.W.,

        Plaintiff,

      v.

SAS HOTELS, LLC,

        Defendant.

CIVIL ACTION FILE NO.
1:25-CV-01636-LMM

## SUBPOENA FOR PRODUCTION OF EVIDENCE TO NON-PARTY TANNER MEDICAL CENTER, INC.

**TO:**  TANNER MEDICAL CENTER, INC.
**c/o Carol Crews**
601 Dallas Highway
Villa Rica, GA 30180

**COMES NOW** Defendant SAS HOTELS, LLC in the above-styled civil action, and files this, their Subpoena for Production of Evidence to Non-Party in a civil action pursuant to Fed. R.Civ. P. 45(a)(1)(C).

YOU ARE HEREBY requested to comply with said Code section by producing and permitting Defendant **SAS HOTELS, LLC's** attorney to inspect and copy the documents designated below, which are in your possession, custody and control. You should serve a written response within thirty (30) days after the service of this request, by mailing copies of said documents to the undersigned at

McAngus Goudelock & Courie, LLC, Post Office Box 57365, Atlanta, Georgia 30343, if no objection is filed within ten (10) days of this request.

The requested documents are as follows:  SEE ATTACHMENT

This the 17th day of December, 2025.

Respectfully submitted,

MCANGUS GOUDELOCK & COURIE, LLC

/s/ Kathryn S. Whitlock
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
Attorneys for Defendant SAS Hotels, LLC

## <u>CERTIFICATION OF RECORDS</u>

In accord with F.R.C.P. 902 (11) and (12) and F.R.C.P. 803(6), the undersigned certifies that he/she is the custodian of records and is the person responsible for the keeping of records for **TANNER MEDICAL CENTER, INC.** The attached records are true and accurate reproductions and copies of the records of **TANNER MEDICAL CENTER, INC.** The records were made at or near the time of the described acts, events, conditions, opinions or diagnoses, made by or from information transmitted by, a person with knowledge of such matters and a business duty to report. The records were kept in the course of the regularly conducted activity of as a regular practice of **TANNER MEDICAL CENTER, INC.** It was the regular practice of **TANNER MEDICAL CENTER, INC.** to make the memorandum, report, record, or data compilation.

This certificate is given in lieu of the personal appearance of the person certifying hereto, and in connection with the case or proceedings entitled ***In re: T.W. v. SAS Hotels, LLC,*** **Federal Court Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:25-CV-01636-LMM.**

The undersigned further certifies that said records with this attached Certificate were delivered to the attorney of record for Defendant, who is the counsel who sought production.

By: **TANNER MEDICAL CENTER, INC.**

**Title:** _____

Sworn to and subscribed before
me this   day of _____, 2025

_____
NOTARY PUBLIC

My commission expires: \_\_\_\_\_

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **Subpoena for Production of Evidence to Non-Party Tanner Medical Center, Inc.** was served upon all counsel of record by electronic delivery:

LAW & MORAN                          ANDERSEN, TATE & CARR, P.C.
Peter A. Law                              Patrick J. McDonough
pete@lawmoran.com              pmcdonough@atclawfirm.com
E. Michael Moran                     Jonathan S. Tonge
mike@lawmoran.com             jtonge@atclawfirm.com
Denise D. Hoying                     One Sugarloaf Centre
denise@lawmoran.com          1960 Satellite Boulevard, Suite 4000
563 Spring Street, NW           Duluth, Georgia 30097
Atlanta, Georgia 30308

This the 17th day of December, 2025.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

**ATTACHMENT**

**(Tanner Medical Center, Inc.)**

1.    **Certified copies** of any and all health information, including but not limited to, initial patient questionnaires, any and all treatment notes, operative reports, diagnostic reports, physical therapy records, physicians orders, nurses' notes, occupational therapy notes, pharmaceutical records, billing records, clinical tests/reports, consultation reports, correspondence, dictation reports, discharge summaries, emergency room records and information, history and physical examination, intake-output log, lab reports, medical opinions, medication administration sheets, operative supporting information, patient care plan, progress notes, referral sheets, rhythm strips, special tests/therapy, all test requests and reports, transfer/referral forms, videotapes and photographs, x-rays, MRI films and other radiology films or reports, and all other health, medical and billing information and records, whether in written or electronic form for the referred patient ████████ ████████████████ for ALL TREATMENT DATES by Tanner Medical Center, Inc.

2.    **Certified copies** of any and all other records and/or accounting/billing documents in your possession related to your professional care and treatment of the

referred patient, ███████████████████████ for ALL TREATMENT

DATES by Tanner Medical Center, Inc.

**Model Attestation Regarding a Requested Use or Disclosure of Protected Health Information Potentially Related to Reproductive Health Care**

The entire form must be completed for the attestation to be valid.

1. Name of person(s) or specific identification of the class of persons to receive the requested PHI. *(e.g., name of investigator and/or agency making the request)* _____
   Kathryn S. Whitlock, Esq. _____

2. Name or other specific identification of the person or class of persons from whom you are requesting the use or disclosure. *(e.g., name of covered entity or business associate that maintains the PHI and/or name of their workforce member who handles requests for PHI)* _____
   Tanner Medical Center, Inc. - Villa Rica _____

3. Description of specific PHI requested, including name(s) of individual(s), if practicable, or a description of the class of individuals, whose protected health information you are requesting. *(e.g., visit summary for [name of individual] on [date]; list of individuals who obtained [name of prescription medication] between [date range])*
   ███████████████████ - full medical records _____
   _____
   _____

I attest that the use or disclosure of PHI that I am requesting is not for a purpose prohibited by the HIPAA Privacy Rule at 45 CFR 164.502(a)(5)(iii) because of one of the following (check one box):

☑ The purpose of the use or disclosure of protected health information is not to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes.

☐ The purpose of the use or disclosure of protected health information is to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care, or to identify any person for such purposes, but the reproductive health care at issue was not lawful under the circumstances in which it was provided.

I understand that I may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6 if I knowingly and in violation of HIPAA obtain individually identifiable health information relating to an individual or disclose individually identifiable health information to another person.

*Signature of the person requesting the PHI*

/s/ Kathryn S. Whitlock _____    Date 12/17/2025 _____

*If you have signed as a representative of the person requesting PHI, provide a description of your authority to act for that person.*

*This attestation document may be provided in electronic format, and electronically signed by the person requesting protected health information when the electronic signature is valid under applicable Federal and state law.*