IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ISSUANCE OF SUBPOENAS

Pursuant to Fed. R. Civ. P. 45(a)(4), you are hereby notified that Plaintiff, by and through her attorney, Denise D. Hoying, intends to issue subpoenas to the following:

- USA Investment & Financial Group, c/o Jashim Uddin, 1328 Buford Highway, Suite 113, Buford, GA 30518;

- Planet Insurance and Financial Services, Inc., c/o Jashim Uddin, 1830 Ballybunion Drive, Johns Creek, GA 30097;

- Qualified Security, Inc., c/o Richard Wilson, 1715 Harvest Hill, Douglasville, GA 30134;

- Medallia, Inc., c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808;

- Krishnan Company, P.C., CPA, c/o Parvathy Krishnan, 320 Victorian Lane, Johns Creek, GA, 30097; and

- Choice Hotels International, Inc., c/o Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092.

Prior to service of the subpoenas, copies of the subpoenas were electronically mailed to Defendant's counsel of record.

This 25th day of January, 2026.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

                **ANDERSEN, TATE & CARR, P.C.**

                */s/ Patrick J. McDonough*
                Patrick J. McDonough
                Georgia Bar No. 489855
                Jonathan S. Tonge
                Georgia Bar No. 303999
                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing *Notice of Issuance of Subpoenas* has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the within and foregoing *Notice of Issuance of Subpoenas* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to:

Kathryn S. Whitlock
Thomas D. Whiddon
McAngus Goudelock & Courie, LLC
270 Peachtree Street, NW, Suite 1800
Atlanta, GA 30303

This 25th day of January, 2026.

                                                    **LAW & MORAN**

                                                    /s/ Denise D. Hoying
                                                    Denise D. Hoying
                                                    Georgia Bar No. 236494
                                                    *Attorney for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Denise@lawmoran.com