# LAW & MORAN

ATTORNEYS AT LAW
563 SPRING STREET, N.W.
ATLANTA, GEORGIA 30308

TELEPHONE            www.LawMoran.com            FACSIMILE
(404) 814-3700                                                                                         (404) 842-7710

January 29, 2026

**<u>VIA E-FILE</u>**

Honorable Leigh Martin May
ATTN: Brittany Poley
Courtroom Deputy Clerk
2167 United States Courthouse
75 Ted Turner Dr., SW

       Re:     **<u>T.W. v. SAS Hotels, LLC</u>**
                   U.S. District Court, Northern District of Georgia, Atlanta Division
                   Civil Action File No. 1:25-CV-01636-LMM

Dear Ms. Poley:

       We respectfully request that the above-referenced case not be put on a trial calendar for the time periods of April 3, 2026; April 6, 2026, May 7, 8, and 11, 2026; June 5, 2026; June 8, 9, and 10, 2026; July 6 and 7, 2026; August 3, 2026 up and through August 7, 2026. The purpose of these leaves is out-of-town travel.

       With best regards, I remain

                                                           Very truly yours,

                                                           *Peter A. Law*

                                                           Peter A. Law

PAL:bna
cc:      All counsel of record (via ECF)

WWW.LAWMORAN.COM