IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:25-CV-01636-LMM |
| SAS HOTELS, LLC, | |
| Defendant. | |

## JOINT MOTION FOR SECOND EXTENSION OF DISCOVERY PERIOD

COME NOW Plaintiff T.W. and Defendant SAS Hotels, LLC and, pursuant to Fed. R. Civ. P. 6(b)(1)(A), L.R. 26.2(B), NDGA, and Paragraphs III.a. and III.h.i. of the Court's Standing Order (Dkt. No. [5] at 8-9, 24), hereby jointly move this Court to extend the discovery period currently set to end on February 20, 2026 as set forth in the Court's Order dated November 6, 2025 (Dkt. No. [31] at 1), showing as follows:

The Parties have worked diligently to complete discovery within the time frame set out in the Court's Order. However, they have been unable to do so. The Parties have worked in good faith to conduct depositions and written discovery in this matter, but require additional time to complete non-party discovery, fact depositions, and expert discovery at this time.

Accordingly, the Parties jointly move this Court to extend the deadline for the Parties to complete discovery until May 20, 2026. It is further requested that the parties have until June 22, 2026 to file dispositive motions.

This is the Parties' second request for an extension of the discovery period in this action. A proposed Order granting this Motion is filed contemporaneously with this Motion for the Court's consideration (Dkt. No. [36-1]), pursuant to Paragraphs III.a. and III.q. of the Court's Standing Order (Dkt. No. [5] at 8-9, 24).

Respectfully submitted this 12th day of February, 2026.


LAW & MORAN

*/s/ Peter A. Law\**
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Fax: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com
*Attorneys for Plaintiff*

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock (GA Bar No. 756233)
kate.whitlock@mgclaw.com
Thomas D. Whiddon (GA Bar No. 330536)
thomas.whiddon@mgclaw.com
Post Office Box 57365
Atlanta, Georgia 30343
270 Peachtree Street, NW, Suite 1800 (30303)
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*
*\*Signed with Express Permission by KSW*

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for the Parties hereby certify that the foregoing has been prepared

with one of the font and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 12th day of February, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing ***Joint Motion for Extension of Discovery Period*** was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

LAW & MORAN                      ANDERSEN, TATE & CARR, P.C.
Peter A. Law                         Patrick J. McDonough
pete@lawmoran.com           pmcdonough@atclawfirm.com
E. Michael Moran                 Jonathan S. Tonge
mike@lawmoran.com          jtonge@atclawfirm.com
Denise D. Hoying                 One Sugarloaf Centre
denise@lawmoran.com        1960 Satellite Boulevard, Suite 4000
563 Spring Street, NW          Duluth, Georgia 30097
Atlanta, Georgia 30308

This the 12th day of February, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*