IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| T.W., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-cv-01636-LMM |
| SAS HOTELS, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Second Extension of Discovery Period [39]. For good cause shown, the Motion is **GRANTED**. The discovery period is extended through May 20, 2026. The parties shall file dispositive motions by June 22, 2026.

**IT IS SO ORDERED** this 12th day of February, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**