UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.W.,

     Plaintiff,

v.

SAS HOTELS, LLC,

     Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-01636-LMM

## ENTRY OF APPEARANCE

COMES NOW, Jennifer M. Webster, of the law firm of Andersen, Tate & Carr, P.C., and hereby enters an appearance as counsel on behalf of Plaintiff in the above-styled action.

Respectfully submitted on March 24, 2026.

               ANDERSEN, TATE & CARR, P.C.

               */s/ Jennifer M. Webster*
               PATRICK J. MCDONOUGH
               Georgia Bar No. 489855
               pmcdonough@atclawfirm.com
               JONATHAN S. TONGE
               Georgia Bar No. 303999
               jtonge@atclawfirm.com
               JENNIFER M. WEBSTER
               Georgia Bar No. 760381
               jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile