IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.W., <br><br>       Plaintiff, <br><br>    v. <br><br> SAS HOTELS, LLC, <br><br>       Defendant. | CIVIL ACTION FILE NO. <br> 1:25-CV-01636-LMM |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Fed. R. Civ. P. 5(d)(1)(B)(ii) and L.R. 5.4(A) and 26.3, NDGa,

this is to certify that I have this date served a true and correct copy of the following:

1. *Defendant SAS Hotels, LLC's Objections to Plaintiff's Subpoena to Nonparty National Center for Missing & Exploited Children*

upon all counsel of record via electronic mail addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | Jennifer M. Webster |
| denise@lawmoran.com | jwebster@atclawfirm.com |

*SIGNATURE ON FOLLOWING PAGE.*

1

This the 8th day of April, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock (GA Bar No. 756233)
kate.whitlock@mgclaw.com
Thomas D. Whiddon (GA Bar No. 330536)
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

In accord with Fed. R. Civ. P. 11, Defendant SAS Hotels, LLC states that this signature block is attached to its *Certificate of Service of Discovery* in Case No. 1:25-CV-01636-LMM, United States District Court for the Northern District of Georgia, Atlanta Division.

## <u>CERTIFICATE OF FONT COMPLIANCE</u>

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the fonts and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This the 8th day of April, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
Kathryn S. Whitlock (GA Bar No. 756233)
kate.whitlock@mgclaw.com
Thomas D. Whiddon (GA Bar No. 330536)
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing *Certificate of Service of Discovery* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

| | |
|---|---|
| LAW & MORAN | ANDERSEN, TATE & CARR, P.C. |
| Peter A. Law | Patrick J. McDonough |
| pete@lawmoran.com | pmcdonough@atclawfirm.com |
| E. Michael Moran | Jonathan S. Tonge |
| mike@lawmoran.com | jtonge@atclawfirm.com |
| Denise D. Hoying | Jennifer M. Webster |
| denise@lawmoran.com | jwebster@atclawfirm.com |

This the 8th day of April, 2026.

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*

Kathryn S. Whitlock (GA Bar No. 756233)
kate.whitlock@mgclaw.com
Thomas D. Whiddon (GA Bar No. 330536)
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

4