IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| T.W.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAS HOTELS, LLC,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br>1:25-CV-01636-LMM |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff T.W. and Defendant SAS Hotels, LLC, by and through undersigned counsel, and hereby dismiss the above matter <u>with prejudice</u>**.**

Respectfully submitted this 12th day of June, 2026.

*{Signatures on the following page.}*

**LAW & MORAN**

*/s/ Denise D. Hoying\**
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
*Attorneys for Plaintiff*
*\*Signed by KSW with Express Permission*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700 (Telephone)
(404) 842-7710 (Fax)

MCANGUS GOUDELOCK & COURIE, LLC

*/s/ Kathryn S. Whitlock*
KATHRYN S. WHITLOCK
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
THOMAS D. WHIDDON
Georgia Bar No. 330536
thomas.whiddon@mgclaw.com
Post Office Box 57365
270 Peachtree Street, NW, Suite 1800 (30303)
Atlanta, Georgia 30343
(678) 500-7307
*Attorneys for Defendant SAS Hotels, LLC*

In accord with Rule 36.4, Defendant SAS Hotels, LLC states that this signature block is attached to Stipulation of Dismissal with Prejudice, Case No. 1:25-CV-01636-LMM, United States District Court for The Northern District of Georgia, Atlanta Division.

## CERTIFICATE OF FONT COMPLIANCE

Counsel for the Parties hereby certify that the foregoing has been prepared with one of the fonts and point selections approved by the Court in LR 5.1(B), NDGa:

Times New Roman (14 point).

This the 12th day of June, 2026.

| | |
|---|---|
| LAW & MORAN | MCANGUS GOUDELOCK & COURIE, LLC |
| */s/ Denise D. Hoying\** | |
| Peter A. Law | */s/ Kathryn S. Whitlock* |
| Georgia Bar No. 439655 | KATHRYN S. WHITLOCK |
| pete@lawmoran.com | Georgia Bar No. 756233 |
| E. Michael Moran | kate.whitlock@mgclaw.com |
| Georgia Bar No. 521602 | THOMAS D. WHIDDON |
| mike@lawmoran.com | Georgia Bar No. 330536 |
| Denise D. Hoying | thomas.whiddon@mgclaw.com |
| Georgia Bar No. 236494 | Post Office Box 57365 |
| denise@lawmoran.com | 270 Peachtree Street, NW, Suite 1800 |
| 563 Spring Street, NW | (30303) |
| Atlanta, Georgia 30308 | Atlanta, Georgia 30343 |
| (404) 814-3700 (Telephone) | (678) 500-7307 |
| (404) 842-7710 (Fax) | *Attorneys for Defendant* SAS Hotels, |
| *Attorneys for Plaintiff* | LLC |
| *\*Signed by KSW with Express* | |
| *Permission* | |

3

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation of Dismissal with Prejudice* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

> LAW & MORAN
> Peter A. Law
> pete@lawmoran.com
> E. Michael Moran
> mike@lawmoran.com
> Denise D. Hoying
> denise@lawmoran.com
> 563 Spring Street, NW
> Atlanta, Georgia 30308

This the 12th day of June, 2026.

> MCANGUS GOUDELOCK & COURIE, LLC
>
> */s/ Kathryn S. Whitlock*
> KATHRYN S. WHITLOCK
> Georgia Bar No. 756233
> kate.whitlock@mgclaw.com
> THOMAS D. WHIDDON
> Georgia Bar No. 330536
> thomas.whiddon@mgclaw.com
> Post Office Box 57365
> 270 Peachtree Street, NW, Suite 1800 (30303)
> Atlanta, Georgia 30343
> (678) 500-7307
> *Attorneys for Defendant SAS Hotels, LLC*

4